# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA BRADLEY, | ) CASE NO. 1:19-CV-161 |
| Plaintiff, | ) |
| | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| CITY OF SOLON, *et al.*, | ) **OPINION & ORDER** |
| Defendants. | ) |

On May 13, 2019, the Court issued an Opinion and Order granting Defendants' Motion to Dismiss, thereby dismissing this action with prejudice. Doc #: 16. Bradley filed a Notice of Appeal and a Motion for Pauper Status on May 16, 2019. Doc #: 20; 21. Defendants filed a Brief in Opposition to Bradley's Motion for Pauper Status on May 31, 2019. Doc #: 24. On June 3, 2019, the Court denied Bradley's Motion for Pauper Status, Doc #: 25. Bradley filed the instant Motion for Reconsideration and Motion for Hearing on June 7, 2019, asking the Court to reconsider denying Bradley in forma pauperis status for his appeal. Doc #: 26.

Federal Rule of Appellate Procedure 24 allows a district court to deny a party the ability to proceed in forma pauperis on appeal even if the party proceeded in forma pauperis in the district court action if the court certifies that the appeal is not taken in good faith. *See* FED. R. APP. PRO 24(a)(3)(A). In his Motion for Pauper Status, Bradley alleges his issue on appeal is that the Court "*purposefully* misquoted evidence." Doc #: 21 at 2 (emphasis added). The Court finds that such an appeal cannot be taken in good faith. Accordingly, Bradley's Motion for

1

Reconsideration and Motion for Hearing, Doc #: 26, is **DENIED**.  Should Bradley wish to proceed with his appeal, he will need to pay the appropriate filing fees.

**IT IS SO ORDERED.**

<u>*/s/Dan Aaron Polster June 11, 2019*</u>
**DAN AARON POLSTER**
**UNITED STATES DISTRICT COURT**